1  Michael A. Di Lando, Esq. (SB No. 119665)
   mdilando@rdwlaw.com
2  George K. Rosenstock, Esq. (SB No. 117515)
3  grosenstock@rdwlaw.com
   ROBINSON DI LANDO
4  A Professional Law Corporation
5  800 Wilshire Boulevard, Suite 750
   Los Angeles, California 90017-2687
6  Telephone (213) 229-0100
7  Facsimile: (213) 229-0101
8
   Attorneys for Defendants
9  GREGORY CLAYMAN, JUDITH CLAYMAN,
   JANE CLAYMAN
10

11

12                UNITED STATES DISTRICT COURT
13                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANTINE TSIAMIS, an individual, and for the benefit of VS MEDIA, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>VS MEDIA, INC. a California corporation; GREGORY CLAYMAN, an individual, JUDITH CLAYMAN, an individual; JANE CLAYMAN, an individual; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 2:15-CV-02520-CAS (MRWx)<br><br>**AMENDED PROOF OF SERVICE** |

PROOF OF SERVICE

# PROOF OF SERVICE:

I, Jessica Zampitella, declare as follows:

I am over the age of eighteen years and not a party to the within action. I am employed by Robinson Di Lando, A Professional Law Corporation, whose business address is 800 Wilshire Blvd, Suite 750, Los Angeles, CA 90017, which is located in the county where the mailing described below took place.

On April 10, 2015, I served the foregoing document(s) described as follows:

1. NOTICE OF FEDERAL DISTRICT COURT REMOVAL OF ACTION FROM STATE SUPERIOR COURT UNDER 28 U.S.C. §§ 1332, 1441, and 1446

2. EXHIBIT A (Part One of Eight) TO NOTICE OF FEDERAL DISTRICT COURT REMOVAL OF ACTION FROM STATE SUPERIOR COURT UNDER 28 U.S.C. §§ 1332, 1441, and 1446

3. EXHIBIT A (Part Two of Eight) TO NOTICE OF FEDERAL DISTRICT COURT REMOVAL OF ACTION FROM STATE SUPERIOR COURT UNDER 28 U.S.C. §§ 1332, 1441, and 1446

4. EXHIBIT A (Part Three of Eight) TO NOTICE OF FEDERAL DISTRICT COURT REMOVAL OF ACTION FROM STATE SUPERIOR COURT UNDER 28 U.S.C. §§ 1332, 1441, and 1446

5. EXHIBIT A (Part Four of Eight) TO NOTICE OF FEDERAL DISTRICT COURT REMOVAL OF ACTION FROM STATE SUPERIOR COURT UNDER 28 U.S.C. §§ 1332, 1441, and 1446

6. EXHIBIT A (Part Five of Eight) TO NOTICE OF FEDERAL DISTRICT COURT REMOVAL OF ACTION FROM STATE SUPERIOR COURT UNDER 28 U.S.C. §§ 1332, 1441, and 1446

7. EXHIBIT A (Part Six of Eight) TO NOTICE OF FEDERAL DISTRICT COURT REMOVAL OF ACTION FROM STATE SUPERIOR COURT UNDER 28 U.S.C. §§ 1332, 1441, and 1446

8. EXHIBIT A (Part Seven of Eight) TO NOTICE OF FEDERAL DISTRICT COURT REMOVAL OF ACTION FROM STATE SUPERIOR COURT UNDER 28 U.S.C. §§ 1332, 1441, and 1446

9.    EXHIBIT A (Part Eight of Eight) TO NOTICE OF FEDERAL DISTRICT COURT REMOVAL OF ACTION FROM STATE SUPERIOR COURT UNDER 28 U.S.C. §§ 1332, 1441, and 1446

10.   EXHIBIT B TO NOTICE OF FEDERAL DISTRICT COURT REMOVAL OF ACTION FROM STATE SUPERIOR COURT UNDER 28 U.S.C. §§ 1332, 1441, and 1446

11.   DEFENDANTS GREGORY CLAYMAN; JUDITH CLAYMAN, JANE CLAYMAN'S RULE 7.1 DISCLOSURE STATEMENT

12.   UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA CIVIL CASE COVER SHEET

13.   UNITED STATES DISTRIC COURT CENTRAL DISTRICT OF CALIFORNIA CERITIFCATION AND NOTICE OF INTERESTED PARTIES

on all interested parties who are not receiving Electronic Case Files from the United States District Court, as noted in the Court's Notices of Electronic Filing, addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ X ] **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[ X ] **FEDERAL:** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on April 10, 2015 at Los Angeles, California.

                                      S:/Jessica Zampitella
                                      Jessica Zampitella, Declarant

## SERVICE LIST

Marc Smith, Esq.
Daniel Reback, Esq.
KRANE & SMITH
16255 Ventura blvd., Suite 600
Encino, California 91436
Telephone: (818) 382-4000
Facsimile: (818) 382-4001
Email: msmith@kranesmith.com
Email: dreback@kranesmith.com

G. Bryan Brannan, Esq.
1001 N. Westlake Blvd., Suite 201
Westlake Village, CA 91362
(805) 777-0110
(805) 777-7164
Email: brannanlaw@yahoo.com

**PROOF OF SERVICE**