```
          FILED
CLERK, U.S. DISTRICT COURT

      May 4, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY:        PG        DEPUTY
```

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANTINE TSIAMIS, an individual, and for the benefit of VS MEDIA, INC., a California corporation<br><br>                Plaintiff,<br>vs.<br><br>VS MEDIA, INC., a California corporation; GREGORY CLAYMAN, an individual; JUDITH CLAYMAN, an individual; JANE CLAYMAN, an individual; and DOES 1 through 50, inclusive,<br><br>                Defendants | CASE NO. 2:15-cv-02520 CAS-MRW<br><br>[Assigned to the Honorable Christina A. Snyder]<br>[Removed April 6, 2014 from Los Angeles County Superior Court Case No. BC565657]<br><br>[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO REMAND THIS ACTION TO STATE COURT |

## ORDER

Having considered the Joint Stipulation between Plaintiff CONSTANTINE TSIAMIS, an individual, and for the benefit of VS MEDIA, INC., a California corporation and Defendants VS MEDIA, INC., GREGORY CLAYMAN, JUDITH CLAYMAN and JANE CLAYMAN to remand this action to State Court and good cause shown, it is hereby ordered, that this action is hereby remanded to Los Angeles County Superior Court and that each party shall bear its own attorneys' fees and costs incurred in connection with the removal of this action to federal court and the remand.

**IT IS SO ORDERED**.

DATED: __5/4__, 2015

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Court Judge

KRANE & SMITH, APC

By: /S/ MARC SMITH
_____
Marc Smith
Daniel L. Reback

Attorneys for Plaintiff,
CONSTANTINE TSIAMIS, an individual, and for the benefit of VS MEDIA, INC., a California corporation